## *Ex parte* BEALL *et al.*

No. 2170.   Opinion Filed March 21,   1911.

(114 Pac. 724.)

**CRIMINAL LAW—Elections—Qualifications of Voters.** Same as that in **Ex parte Show** (No. A.-943, recently decided by the Criminal Court of Appeals,) 4 Okla. Cr. 416, 113 Pac. 1062.

(Syllabus by the Court.)

Proceeding by J. J. Beall, Frank Gwynn, and J. H. Olmstead for a writ of *habeas corpus*.   Writ granted.

*Geo. C. Crump, G. L. Bowman,* and *W. L. Barnes,* for relators.

WILLIAMS, J.   Under the facts as disclosed, this case is concluded by that of *Ex parte Show* (No. A-943, recently decided by the Criminal Court of Appeals) 4 Okla. Cr. 416, 113 Pac. 1062.   Under the authority of said case, the relators are hereby ordered discharged from the custody of the sheriff of Kingfisher county.

All the Justices concur.